**\*\* NOT FOR PRINTED PUBLICATION \*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| TIFFANY EPPLER, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION No. 9:18-CV-152 |
| v. | § | |
| | § | JUDGE RON CLARK |
| RLKMS ENTERPRISES, INC. AND | § | |
| CRAIG THOMPSON, INDIVIDUALLY, | § | KEB |
| | § | |
| *Defendants.* | § | |

## FINAL JUDGMENT

This Final Judgment is entered pursuant to the court's granting of the parties' Joint Stipulation of Dismissal with Prejudice [Dkt. # 22], entered contemporaneously with this Order.

IT IS ORDERED that in accordance with the parties' settlement agreement, all claims asserted herein are DISMISSED with prejudice and with costs to be borne by each party incurring the same. The Court retains jurisdiction to enforce the settlement. This case is CLOSED, and this constitutes a final judgment for appeal purposes.

So **ORDERED** and **SIGNED** November 18, 2019.

_____
Ron Clark, Senior District Judge